1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5
        1301 Clay St., 3rd Floor
6       Oakland, California 94612
        Telephone: (510) 637-3740
7       Fax: (510) 637-3724
        E-Mail: aaron.wegner@usdoj.gov
8
   Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4-13-70494-MAG |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND ORDER |
| ) | TO CONTINUE PRELIMINARY |
| v. ) | HEARING AND EXCLUDE TIME |
| ) | UNDER THE SPEEDY TRIAL ACT AND |
| ) | RULE 5.1 |
| AHUIZOTL MENDOZA-BAHENA, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

An arraignment or preliminary hearing is currently scheduled in the case on June 19, 2013, at 9:30 a.m. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of July 17, 2013 at 9:30 a.m. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time

under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 19, 2013 to July 17, 2013. The parties are still waiting for the DEA laboratory to finish testing the alleged contraband in this case. The completed reports will be important to the parties in their attempt to resolve the case. Therefore, the parties agree, and the Court finds and holds, as follows:

1. The defendant is in custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 21-day timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 19, 2013 to July 17, 2013, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on July 17, 2013, at 9:30 a.m., and (2) orders that the period from June 19, 2013 to July 17, 2013, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations

///

///

///

///

under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: June 6, 2013                              /S/
                                        AARON D. WEGNER
                                        Assistant United States Attorney


DATED: June 6, 2013                              /S/
                                        JOHN PAUL REICHMUTH
                                        Counsel for defendant

IT IS SO ORDERED.

June 7, 2013
                                        _____
                                        DONNA M. RYU
                                        United States Magistrate Judge

Amended Stip. Req. to Continue Preliminary
Hearing and Exclude Time, No. 4-13-70494-
MAG                                       3